# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| EDWARD KOMITO | 18-2824 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| LEXISNEXIS RISK SOLUTIONS, INC., REED ELSEVIER, INC. AND RELX GROUP | SUMMONS & COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
REED ELSEVIER, INC, AND RELX GROUP
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
230 PARK AVE., NEW YORK, NY 10169

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

EDWARD KOMITO
1326 DOE TRAIL ROAD
ALLENTOWN, PA 18104

FILED
AUG 23 2018
KATE BARKMAN, Clerk
By _____ Dep. Clerk

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

LEXISNEXIS SOLUTIONS, INC., 1000 ALDERMAN DRIVE, SUITE 21 N57, ALPHARETTA, GEORGIA 30005

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
*Edward Komito*
TELEPHONE NUMBER: 610-395-7898
DATE: 8/2/18

RECEIVED USMS EASTERN DISTRICT PENNSYLVANIA 2018 AUG -7

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 66 | District to Serve No. 054 | Signature of Authorized USMS Deputy or Clerk | Date 8/8/18 |
|---|---|---|---|---|---|
| | 1 | | | | |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above (*See remarks below*)

Name and title of individual served (if not shown above)
Jim Wong - Admin

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)

| Date | Time | |
|---|---|---|
| 8/17/18 | 1:52 | ☐ am ☒ pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to US Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | $5.78 | $8.00 | $78.78 | | $0.00 |

REMARKS

DISTRIBUTE TO:
1 CLERK OF THE COURT
2 USMS RECORD
3 NOTICE OF SERVICE
4 BILLING STATEMENT* To be returned to the US Marshal with payment, if any amount is owed Please remit promptly payable to US Marshal
5 ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

18-2824-3 ✓

Form USM-285
Rev 11/13

# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| EDWARD KOMITO | 18-2824 |
| DEFENDANT | TYPE OF PROCESS |
| LEXISNEXIS RISK SOLUTIONS, INC., REED ELSEVIER, INC. AND RELX GROUP | SUMMONS & COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
REED ELSEVIER, INC, AND RELX GROUP
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
230 PARK AVE., NEW YORK, NY 10169

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

EDWARD KOMITO
1326 DOE TRAIL ROAD
ALLENTOWN, PA 18104

FILED
AUG 2 3 2018
KATE BARKMAN, Clerk
By _____ Dep Clerk

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 3 |
| Check for service on USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

LEXISNEXIS SOLUTIONS, INC., 1000 ALDERMAN DRIVE, SUITE 21 N57, ALPHARETTA, GEORGIA 30005

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Edward Komito

TELEPHONE NUMBER: 610-395-7898
DATE: 8/1/18

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin: 66
District to Serve: 054
Signature of Authorized USMS Deputy or Clerk
Date: 8/8/18

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above (See remarks below)

Name and title of individual served (if not shown above):
Gim Wong / Admin

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 8/17/18
Time: 1:52 ☐ am ☒ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | $5.78 | 8.00 | $78.78 | | $0.00 |

REMARKS

DISTRIBUTE TO:
1 CLERK OF THE COURT
2 USMS RECORD
3 NOTICE OF SERVICE
4 BILLING STATEMENT* To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5 ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

18-2824-2 ✓

Form USM-285
Rev 11/13