IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Edward Komito,<br><br>    Plaintiff,<br><br>v.<br><br>LexisNexis Risk Solutions Inc., *et al.*,<br><br>    Defendants. | Civil Action No.  5:18-cv-02824-EGS |

**ORDER**

AND NOW, this ____ day of August, 2018, upon consideration of Defendants' Expedited Motion for Extension of Time to Respond to Plaintiff's Motion for Preliminary Injunction, and any response thereto, it is hereby ORDERED that the Motion is GRANTED.  Defendants shall have up to and including September 14, 2018 to respond to Plaintiff's Motion for Preliminary Injunction.

BY THE COURT:

_____
Edward G. Smith
United States District Judge