APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD KOMITO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| REED ELSEVIER, INC. et al. | : | |
| | : | NO. 5:18-cv-02824-EGS |

ORDER

AND NOW, this 30TH Day of August, 2018, it is hereby

ORDERED that the application of Julie Diane Hoffmeister, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.



_____ J.