IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD KOMITO, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 18-2824 |
| v. | : | |
| LEXISNEXIS RISK SOLUTIONS INC., REED ELSEVIER, INC., and RELX GROUP, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 31st day of August, 2018, after a telephone conference on the record with the *pro se* plaintiff and counsel for the defendants, it is hereby **ORDERED** as follows:

1. The plaintiff's oral request for electronic filing privileges is **GRANTED**. The plaintiff may register as an ECF Filing User in the ECF System solely for purposes of this action as permitted by Local Rule of Civil Procedure 5.1.2(4)(b);

2. The defendants' response to the amended complaint is **STAYED** until further order of court; and

3. The court will hold a telephone status conference in this case on **Thursday, September 6, 2018**, at **1:30 p.m.** Counsel for the defendants shall initiate the call by contacting the undersigned's civil deputy clerk at (610) 333-1833 once all parties are present on the call.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.