IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD KOMITO, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 18-2824 |
| | : | |
| v. | : | |
| | : | |
| LEXISNEXIS RISK SOLUTIONS INC., REED ELSEVIER, INC., and RELX GROUP, | : : : | |
| | : | |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this 10th day of September, 2018, after a telephone conference with counsel and the *pro se* plaintiff on September 6, 2018; and in anticipation of the parties agreeing to the defendants taking certain steps, to be encapsulated in a proposed order the defendants will submit to the court as soon as possible; accordingly, it is hereby **ORDERED** as follows:

1. The deadline for the defendants to respond to the plaintiff's motion for a preliminary injunction set forth in the court's August 28, 2018 Order (Doc. No. 13) is **STAYED** pending further order of the court;

2. The deadline for the defendants to respond to the amended complaint remains **STAYED**, per the court's August 31, 2018 Order (Doc. No. 18);

3. The court will hold a telephone status conference in this case on **Wednesday, September 19, 2018**, at **10:30 a.m.** Counsel for the defendants shall initiate the call by contacting the undersigned's civil deputy clerk at (610) 333-1833 once all parties are present on the call; and

4.	This case is **REFERRED** to United States Magistrate Judge Marilyn Heffley for a settlement conference. The settlement conference will be held on **Monday, September 24**, **2018** at **2:00 p.m.**, before Magistrate Judge Heffley.

> BY THE COURT:
>
> /s/ *Edward G. Smith*
> EDWARD G. SMITH, J.