IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD KOMITO, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 18-2824 |
| LEXISNEXIS, et al., | : | |
| Defendants. | : | |

## NOTICE

A telephone conference regarding the status of settlement will be held on Tuesday, October 16, 2018 at 11:00 a.m.  Counsel for Defendants is directed to initiate the call.  Judge Heffley can be reached at 267-299-7420.

                                                */s/ Sharon A. Hall-Moore*
                                                Sharon A. Hall-Moore
                                                Courtroom Deputy
                                                Magistrate Judge Marilyn Heffley

Date:  October 2, 2018