IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD KOMITO, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 18-2824 |
| LEXISNEXIS, et al., | : | |
| Defendants. | : | |

## NOTICE

A telephone conference regarding the status of settlement will be held on Friday, November 9, 2018 at 3:00 p.m.  Counsel for Defendants is directed to initiate the call.  Judge Heffley can be reached at 267-299-7420.

                                            */s/ Sharon A. Hall-Moore*
                                            Sharon A. Hall-Moore
                                            Courtroom Deputy
                                            Magistrate Judge Marilyn Heffley

Date:  November 7, 2018