IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD KOMITO, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 18-2824 |
| LEXISNEXIS, et al., | : | |
| Defendants. | : | |

## **NOTICE**

A telephone conference regarding the status of settlement will be held on Friday, November 16, 2018 at 1:00 p.m. Counsel for Defendants is directed to initiate the call. Judge Heffley can be reached at 267-299-7420.

>*/s/ Sharon A. Hall-Moore*
>Sharon A. Hall-Moore
>Courtroom Deputy
>Magistrate Judge Marilyn Heffley

Date: November 9, 2018