IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD KOMITO, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 18-2824 |
| LEXISNEXIS, et al., | : | |
| Defendants. | | |

## AMENDED NOTICE

The telephone conference regarding the status of settlement scheduled for today, November 16, 2018 at 1:00 p.m. is rescheduled to Friday, November 30, 2018 at 10:00 a.m. Counsel for Defendants is directed to initiate the call. Judge Heffley can be reached at 267-299-7420.

                                                               */s/ Sharon A. Hall-Moore*
                                                               Sharon A. Hall-Moore
                                                               Courtroom Deputy
                                                               Magistrate Judge Marilyn Heffley

Date:  November 16, 2018