IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD KOMITO, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 18-2824 |
| LEXISNEXIS, et al., | : | |
| Defendants. | : | |

## **NOTICE**

A telephone conference regarding the status of settlement will be held on Friday, December 7, 2018 at 10:00 a.m. Counsel for Defendants is directed to initiate the call. Judge Heffley can be reached at 267-299-7420.

> */s/ Sharon A. Hall-Moore*
> Sharon A. Hall-Moore
> Courtroom Deputy
> Magistrate Judge Marilyn Heffley

Date:  November 30, 2018