IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD KOMITO, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 18-2824 |
| LEXISNEXIS, et al., | : | |
| Defendants. | : | |

## NOTICE

A telephone conference regarding the status of settlement will be held on Friday, January 4, 2019 at 3:00 p.m. Counsel for Defendants is directed to initiate the call. Judge Heffley can be reached at 267-299-7420.

*/s/ Sharon A. Hall-Moore*
Sharon A. Hall-Moore
Courtroom Deputy
Magistrate Judge Marilyn Heffley

Date:  December 17, 2018